B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Latorre, Eddie Pastor** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3031** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10006 Melvin Ave.**<br>**Northridge, CA**<br>ZIP Code **91324** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Latorre, Eddie Pastor** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Rabin J. Pournazarian                October 30, 2013** Signature of Attorney for Debtor(s)              (Date) **Rabin J. Pournazarian 186735** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) _____ (Name of landlord that obtained judgment) _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Latorre, Eddie Pastor** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Eddie Pastor Latorre**
Signature of Debtor  **Eddie Pastor Latorre**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 30, 2013**
Date

### Signature of Attorney*

X  **/s/ Rabin J. Pournazarian**
Signature of Attorney for Debtor(s)

**Rabin J. Pournazarian 186735**
Printed Name of Attorney for Debtor(s)

**Price Law Group, APC**
Firm Name

**15760 Ventura Blvd.**
**Suite 1100**
**Encino, CA 91436**

Address

**818-995-4540  Fax: 818-995-9277**
Telephone Number

**October 30, 2013          186735**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re  **Eddie Pastor Latorre**             Case No. _____

                                                Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Eddie Pastor Latorre**
                            **Eddie Pastor Latorre**

Date:    **October 30, 2013**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Encino, CA**                              , California.

Date:    **October 30, 2013**

**/s/ Eddie Pastor Latorre**

**Eddie Pastor Latorre**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

B201 - Notice of Available Chapters (Rev. 11/12)                                        USBC, Central District of California

Name:      **Rabin J. Pournazarian 186735**
Address:   **15760 Ventura Blvd.**
           **Suite 1100**
           **Encino, CA 91436**
Telephone: **818-995-4540**          Fax:   **818-995-9277**

■ Attorney for Debtor
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Eddie Pastor Latorre** | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   **Services Available from Credit Counseling Agencies**

     **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

     **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge**. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

     **Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)**

     1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

     2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

     3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

B201 - Notice of Available Chapters (Rev. 11/12)                                                    USBC, Central District of California

4.    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

1.    Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.    After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.    **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Eddie Pastor Latorre** | X **/s/ Eddie Pastor Latorre** | **October 30, 2013** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **Eddie Pastor Latorre**                                              ,         Case No. _____
                                              Debtor
                                                                               Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 520,000.00 | | |
| B - Personal Property | Yes | 3 | 65,385.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 632,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 130,151.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | 1,568,680.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,920.82 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,732.00 |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| Total Assets | | | 585,385.00 | | |
| Total Liabilities | | | | 2,330,831.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **Eddie Pastor Latorre** _____,    Case No. _____

                                           Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 130,151.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 130,151.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,920.82 |
| Average Expenses (from Schedule J, Line 18) | 8,732.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,664.46 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 57,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 103,643.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,568,680.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,625,680.00 |

B6A (Official Form 6A) (12/07)

In re **Eddie Pastor Latorre**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence:**<br>**10006 Melvin Avenue**<br>**Northridge, CA  91324**<br><br>**Fair market value is based on comparables in the area.**<br>**Payment Due:  1st**<br>**Payment Late:  16th** | **Fee Simple** | - | **520,000.00** | **576,000.00** |

|  | Sub-Total > | **520,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **520,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Eddie Pastor Latorre**                                         ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **(2) Checking accounts** **Savings accounts** **Wells Fargo Bank** | J | 185.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household furnishings, electronics, etc.** | - | 5,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Personal clothing** | - | 2,000.00 |
| 7. | Furs and jewelry. | | **Misc. Jewelry** | - | 3,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **10,385.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  __Eddie Pastor Latorre_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                                    ,      Case No. _____
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Chevy Camaro Encumbered.** | W | 25,000.00 |
| | | **2007 Cadillac Escalade Encumbered but not in Debtor's name.** | - | 30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 55,000.00 |
| Total > | 65,385.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Eddie Pastor Latorre**                                    ,    Case No. _____

                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **C.C.P. § 703.140(b)(5)** | **200.00** | **200.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **(2) Checking accounts** | **C.C.P. § 703.140(b)(5)** | **185.00** | **185.00** |
| **Savings accounts** | | | |
| **Wells Fargo Bank** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous household furnishings, electronics, etc.** | **C.C.P. § 703.140(b)(3)** | **5,000.00** | **5,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Personal clothing** | **C.C.P. § 703.140(b)(3)** | **2,000.00** | **2,000.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry** | **C.C.P. § 703.140(b)(4)** | **1,425.00** | **3,000.00** |
| | **C.C.P. § 703.140(b)(5)** | **1,575.00** | |

|  | Total: | **10,385.00** | **10,385.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Eddie Pastor Latorre** _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 1** <br> **Alaska USA Federal Credit Union** <br> **P.O. Box 196613** <br> **Anchorage, AK 99519-6613** | | - | **2010** <br><br> **Auto loan** <br><br> **2007 Cadillac Escalade** <br> **Encumbered but not in Debtor's name.** | | | | | |
| | | | Value $                30,000.00 | | | | 31,000.00 | 1,000.00 |
| Account No. **x2355** <br> **Creditor #: 2** <br> **Bank of America** <br> **Legal Department** <br> **1100 N. King Street** <br> **Wilmington, DE 19884** | | - | **2005** <br> **First DOT** <br> **Residence:** <br> **10006 Melvin Avenue** <br> **Northridge, CA  91324** <br> **Fair market value is based on** <br> **comparables in the area.** <br> **Payment Due:  1st** | | | | | |
| | | | Value $                520,000.00 | | | | 460,000.00 | Unknown |
| Account No. <br> **Creditor #: 3** <br> **Financial Partners Credit Union** <br> **Item Processing Department** <br> **Post Office Box 66020** <br> **Anaheim, CA 92816-6020** | | - | **2009** <br> **Second DOT** <br> **Residence:** <br> **10006 Melvin Avenue** <br> **Northridge, CA  91324** <br> **Fair market value is based on** <br> **comparables in the area.** <br> **Payment Due:  1st** | | | | | |
| | | | Value $                520,000.00 | | | | 80,000.00 | 20,000.00 |
| Account No. <br> **Creditor #: 4** <br> **Financial Partners Credit Union** <br> **Item Processing Department** <br> **Post Office Box 66020** <br> **Anaheim, CA 92816-6020** | | - | **2009** <br> **Third DOT** <br> **Residence:** <br> **10006 Melvin Avenue** <br> **Northridge, CA  91324** <br> **Fair market value is based on** <br> **comparables in the area.** <br> **Payment Due:  1st** | | | | | |
| | | | Value $                520,000.00 | | | | 36,000.00 | 36,000.00 |
| __1__    continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 607,000.00 | 57,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Eddie Pastor Latorre** _____ ,    Case No. _____

_____ Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Creditor #: 5** **GMAC- Auto Finance** **Bankruptcy Department** **Post Office Box 130424** **Saint Paul, MN 55113** | | W | | 2010 Auto loan 2011 Chevy Camaro Encumbered. | | | | | |
| | | | | Value $        25,000.00 | | | | 25,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 25,000.00 | 0.00 |
| Total (Report on Summary of Schedules) | 632,000.00 | 57,000.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Eddie Pastor Latorre**                                                                 Case No. _____

                                                                                          ,

                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

  Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                        _1_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Eddie Pastor Latorre**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | 2008-2009-2010 | | | | | |
| **Creditor #: 1**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | | **Back taxes** | | | | | **Unknown** |
| | | | | | | | | **26,508.00** | **Unknown** |
| Account No. **xxxxxxxxx0130** | | | | | | | | | |
| **Los Angeles County Recorder**<br>**P.O. Box 115**<br>**Los Angeles, CA 90078** | | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | |
| Account No. | | | | 2011 | | | | | |
| **Creditor #: 2**<br>**State Board of Equalization**<br>**PO Box 942899**<br>**Sacramento, CA 94279** | - | | | **Sales Tax** | | | | | **0.00** |
| | | | | | | | | **103,643.00** | **103,643.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | | **130,151.00** | **103,643.00** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **130,151.00** | **103,643.00** |

B6F (Official Form 6F) (12/07)

In re    **Eddie Pastor Latorre**                                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | |
| **Creditor #: 1** | | | **Claim** | | | | |
| **A&G Custom Sound & Auto** | - | | | | | | |
| **5747 Whittier Blvd** | | | | | | | |
| **Los Angeles, CA 90022** | | | | | | | **5,600.00** |
| Account No. xxxxxxxxxx7702 | | | **2011** | | | | |
| **Creditor #: 2** | | | **Business Debt** | | | | |
| **ADT** | - | | | | | | |
| **P.O. Box 361403** | | | | | | | |
| **Columbus, OH 43236** | | | | | | | **671.00** |
| Account No. xxxxx1997 | | | | | | | |
| **Euler Hermes, UMA** | | | **Representing:** | | | | |
| **600 S. 7th Street** | | | **ADT** | | | | |
| **Louisville, KY 40203** | | | | | | | **Notice Only** |
| Account No. xxxx8779 | | | | | | | |
| **SKO Brenner American** | | | **Representing:** | | | | |
| **841 Merrick Rd** | | | **ADT** | | | | |
| **Baldwin, NY 11510** | | | | | | | **Notice Only** |
| __41__ continuation sheets attached | | | Subtotal (Total of this page) | | | | **6,271.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                                      ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxx7103**<br><br>**Creditor #: 3**<br>**ADT**<br>**P.O. Box 361403**<br>**Columbus, OH 43236** | - | | **Business Debt** | | | | **1,007.00** |
| Account No. **xxxxxx1957**<br><br>**Euler Hermes, UMA**<br>**600 S. 7th Street**<br>**Louisville, KY 40203** | | | **Representing:**<br>**ADT** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 4**<br>**Ali R. Mirhosseini, Esq.**<br>**Mirohosseini & Associates**<br>**1502 N. Broadway**<br>**Santa Ana, CA 92706** | - | | **2010**<br>**Judgment** | | | | **26,000.00** |
| Account No.<br><br>**Luxury Cars, Inc.**<br>**C/O Ali Mirhosseini, Esq.**<br>**1502 North Broadway**<br>**Santa Ana, CA 92706** | | | **Representing:**<br>**Ali R. Mirhosseini, Esq.** | | | | **Notice Only** |
| Account No.<br><br>**Superior Court of CA-Chatsworth**<br>**County of Los Angeles**<br>**Case Number: PC 052139**<br>**9425 Penfield Ave.**<br>**Chatsworth, CA 91311** | | | **Representing:**<br>**Ali R. Mirhosseini, Esq.** | | | | **Notice Only** |

Sheet no.  _1_  of  _41_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,007.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                              ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 5**<br>**Alicia Samuelson**<br>**5226 Medina Road**<br>**Woodland Hills, CA 91364** | - | | 2012<br>Potential claims | | | | 21,334.00 |
| Account No.<br>**Honda Motor Credit**<br>**2080 Cabot Boulevard West**<br>**Langhorne, PA 19047** | | | Representing:<br>Alicia Samuelson | | | | Notice Only |
| Account No. **1545**<br>**Creditor #: 6**<br>**All Valley Dealer Auto Auction, Inc**<br>**7331 Laurel Canyon Blvd.**<br>**North Hollywood, CA 91605** | - | | 2011<br>Business Debt | | | | 81,220.00 |
| Account No.<br>**Lewis Brisbois Bisgaad & Smith LLP**<br>**Attention: PC052139**<br>**221 North Figueroa Street, Ste 1200**<br>**Los Angeles, CA 90012-2601** | | | Representing:<br>All Valley Dealer Auto Auction, Inc | | | | Notice Only |
| Account No. **xxxx6122**<br>**Creditor #: 7**<br>**Alliance One**<br>**1160 Centre Pointe Drive, Suite 1**<br>**Saint Paul, MN 55120** | - | | Business Debt | | | | 5,226.00 |

Sheet no. __2__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**107,780.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                             ,    Case No. _____

_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Los Angeles Police Dept.** **PO Box 30879** **Los Angeles, CA 90030** | | | | **Representing:** **Alliance One** | | | | **Notice Only** |
| Account No. **xxxx3677** | | | | **Business Debt** | | | | |
| **Creditor #: 8** **Alliance One** **1160 Centre Pointe Drive, Suite 1** **Saint Paul, MN 55120** | | - | | | | | | **4,763.00** |
| Account No. **xxxx4305** | | | | **Business Debt** | | | | |
| **Creditor #: 9** **Alliance One** **1160 Centre Pointe Drive, Suite 1** **Saint Paul, MN 55120** | | - | | | | | | **301.00** |
| Account No. | | | | | | | | |
| **Los Angeles Police Dept.** **PO Box 30879** **Los Angeles, CA 90030** | | | | **Representing:** **Alliance One** | | | | **Notice Only** |
| Account No. **xx9340** | | | | **2011** **Business Debt** | | | | |
| **Creditor #: 10** **Alpine Auto Parts, Inc.** **11250 Tuxford Street** **Sun Valley, CA 91352** | | - | | | | | | **400.00** |

Sheet no. __3___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,464.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-x4009**<br><br>**Creditor #: 11**<br>**American Express**<br>**Attn: Bankruptcy Department**<br>**16 General Warren Boulevard**<br>**Malvern, PA 19355** | - | | 2011<br>**Business Debt** | | | | 2,395.00 |
| Account No. **x1009**<br><br>**Creditor #: 12**<br>**American Express**<br>**Attn: Bankruptcy Department**<br>**16 General Warren Boulevard**<br>**Malvern, PA 19355** | - | | 2011<br>**Credit Card** | | | | 3,993.00 |
| Account No. **x2009**<br><br>**Creditor #: 13**<br>**American Express**<br>**Attn: Bankruptcy Department**<br>**16 General Warren Boulevard**<br>**Malvern, PA 19355** | - | | 2012<br>**Credit Card** | | | | 81.00 |
| Account No. **x4009**<br><br>**Creditor #: 14**<br>**American Express**<br>**Attn: Bankruptcy Department**<br>**16 General Warren Boulevard**<br>**Malvern, PA 19355** | - | | 2011<br>**Credit Card** | | | | 2,578.00 |
| Account No. **xxxx-xxxxxx-xx1503**<br><br>**Creditor #: 15**<br>**American Express**<br>**Attn: Bankruptcy Department**<br>**16 General Warren Boulevard**<br>**Malvern, PA 19355** | - | | 2001<br>**Credit Card** | | | | 262.00 |

Sheet no. __4__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,309.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-xx2053** <br><br>**Creditor #: 16** <br>**American Express** <br>**Attn: Bankruptcy Department** <br>**16 General Warren Boulevard** <br>**Malvern, PA 19355** | - | | 2001 <br>**Credit Card** | | | | **4,132.00** |
| Account No. **xxxx-xxxxxx-xx4263** <br><br>**Creditor #: 17** <br>**American Express** <br>**Attn: Bankruptcy Department** <br>**16 General Warren Boulevard** <br>**Malvern, PA 19355** | - | | 2001 <br>**Credit Card** | | | | **2,901.00** |
| Account No. <br><br>**Creditor #: 18** <br>**Antonio Cazarez** <br>**3609 South Garnsey Street** <br>**Santa Ana, CA 92707** | | | 2012 <br>**Potential claims** | | | | **Unknown** |
| Account No. <br><br>**Schools First Credit Union** <br>**2200 West Artesia Blvd.,** <br>**Compton, CA 90220** | | | **Representing:** <br>**Antonio Cazarez** | | | | **Notice Only** |
| Account No. **xxxx2860** <br><br>**Creditor #: 19** <br>**Apinum Pom Limkul** <br>**C/O Stephen M. Feldman** <br>**15915 Ventura Blvd, Suite 201** <br>**Encino, CA 91436** | - | | 2010 <br>**Judgment** | | | | **417,703.00** |

Sheet no. __5__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**424,736.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                        ,          Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0027**<br><br>**Sheriff's Department**<br>**Los Angeles County**<br>**42011-4th Street West, Rm 1570**<br>**Lancaster, CA 93534** | | | | | **Representing:**<br>**Apinum Pom Limkul** | | | | **Notice Only** |
| Account No.<br><br>**Stephen M. Feldman, Esq.**<br>**15915 Ventura Blvd, Suite 201**<br>**Encino, CA 91436** | | | | | **Representing:**<br>**Apinum Pom Limkul** | | | | **Notice Only** |
| Account No.<br><br>**Superior Court of CA-Santa Monica**<br>**County of Los Angeles**<br>**Case Number: SC112860**<br>**1725 Main Street**<br>**Santa Monica, CA 90403** | | | | | **Representing:**<br>**Apinum Pom Limkul** | | | | **Notice Only** |
| Account No. **xxxxx1675**<br><br>**Creditor #: 20**<br>**AT&T**<br>**ATTN: Credit Management**<br>**901 Marquette Ave., Ste. 1100**<br>**Minneapolis, MN 55402** | | | - | | **2010**<br>**Business Debt** | | | | **2,016.00** |
| Account No. **xxxxxxxxx4925**<br><br>**Creditor #: 21**<br>**Bank of America**<br>**Bankruptcy Department**<br>**Post Office Box 2278**<br>**Norfolk, VA 23501** | | | - | | **2012**<br>**Loan** | | | | **21,844.00** |

Sheet no. __6__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,860.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Eddie Pastor Latorre_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5065** <br><br> **Creditor #: 22** <br> **Bureau of Automotive Repair** <br> **10949 NOrth Mather Blvd.** <br> **Rancho Cordova, CA 95670** | - | | 2010 <br> Claim | | | | <br><br><br>250.00 |
| Account No. **xxx7435** <br><br> **Creditor #: 23** <br> **Caine & Weiner** <br> **Post Office Box 5010** <br> **Woodland Hills, CA 91365** | - | | 2012 <br> Business Debt | | | | <br><br><br>12,656.00 |
| Account No. <br><br> **Office of Finance** <br> **Special Desk Unit** <br> **200 North Spring Street, Room 101** <br> **Los Angeles, CA 90012** | | | Representing: <br> Caine & Weiner | | | | Notice Only |
| Account No. **xxxx0543** <br><br> **Office of Financial Business Tax** <br> **9483 Haven St. #102** <br> **Rancho Cucamonga, CA 91730** | | | Representing: <br> Caine & Weiner | | | | Notice Only |
| Account No. **x1839** <br><br> **Creditor #: 24** <br> **California State Fire Protection** <br> **7833 Naylor Avenue** <br> **Los Angeles, CA 90045** | - | | 2011 <br> Business Debt | | | | <br><br><br>Unknown |

Sheet no. __7___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,906.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre**                                                        ,       Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx9079**<br><br>**Creditor #: 25**<br>**Capital One**<br>**Post Office Box 85167**<br>**Richmond, VA 23285-5167** | | - | | **2007**<br>**Credit Card** | | | | **2,299.00** |
| Account No. **xxxxxxxxx0011**<br><br>**Creditor #: 26**<br>**CarFax, Inc.**<br>**16630 Collection Center Drive**<br>**Chicago, IL 60693** | | - | | **2012**<br>**Business Debt** | | | | **4,721.00** |
| Account No. **xxxx4675**<br><br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | | | | **Representing:**<br>**CarFax, Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 27**<br>**Carlos E. Sosa, Esq.**<br>**Hausman & Sosa, LLP**<br>**18757 Burbank Blvd., Suite 305**<br>**Tarzana, CA 91356-6329** | | - | | **2012**<br>**Potential claim** | | | | **Unknown** |
| Account No. **xx7340**<br><br>**Creditor #: 28**<br>**Carsforsale.com, Inc.**<br>**P.O. Box 242**<br>**Tea, SD 57064** | | - | | **2011**<br>**Business Debt** | | | | **693.00** |

Sheet no. __8___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,713.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                        ,        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5546**<br><br>**Creditor #: 29**<br>**Cbeyond**<br>**FILE 50326**<br>**Los Angeles, CA 90074** | - | | **2011**<br>**Business Debt** | | | | **1,081.00** |
| Account No. **xxxx-xxxx-xxxx-3407**<br><br>**Creditor #: 30**<br>**Chase Bank USA, National Assoc.**<br>**500 White Clay Center Dr.**<br>**Newark, DE 19711-5469** | - | | **2011**<br>**Credit Card** | | | | **5,056.00** |
| Account No. **xxxx-xxxx-xxxx-1729**<br><br>**Creditor #: 31**<br>**Chase Bank USA, National Assoc.**<br>**500 White Clay Center Dr.**<br>**Newark, DE 19711-5469** | - | | **2011**<br>**Credit Card** | | | | **3,387.00** |
| Account No. **xxxx-xxxx-xxxx-0988**<br><br>**Creditor #: 32**<br>**Chase Bank USA, National Assoc.**<br>**500 White Clay Center Dr.**<br>**Newark, DE 19711-5469** | - | | **2005**<br>**Credit Card** | | | | **1,337.00** |
| Account No. **xxxxx9441**<br><br>**Creditor #: 33**<br>**Christian Hernandez, Title Admin.**<br>**CIG Financial**<br>**Post Office Office 19795**<br>**Irvine, CA 92623** | - | | **2011**<br>**Personal Note** | | | | **23,000.00** |

Sheet no. __**9**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **33,861.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Eddie Pastor Latorre_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-x7199**<br><br>**Creditor #: 34**<br>**Cintas Corp #426**<br>**711 Hawaii Street**<br>**El Segundo, CA 90245** | - | | | | **2011**<br>**Business Debt** | | | | 687.00 |
| Account No. **xxxx-xxxx-xxxx-2051**<br><br>**Creditor #: 35**<br>**Citibank N.A.**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 20487**<br>**Kansas City, MO 64153** | - | | | | **2008**<br>**Credit Card** | | | | 13,297.00 |
| Account No. **xxxxx3178**<br><br>**Creditor #: 36**<br>**City of Los Angeles**<br>**Department of Building and Safety**<br>**P.O. Box 514260**<br>**Los Angeles, CA 90051-4260** | - | | | | **2011**<br>**Business Debt** | | | | 485.00 |
| Account No. **UNKNOWN**<br><br>**Creditor #: 37**<br>**City of Los Angeles**<br>**Office of Finance**<br>**200 N. Spring St. Room 101**<br>**Los Angeles, CA 90012** | - | | | | **Business Debt** | | | | 150.00 |
| Account No. **xxxxx0673**<br><br>**Creditor #: 38**<br>**City of Los Angeles**<br>**Office of Finance**<br>**P.O. Box 53233**<br>**Los Angeles, CA 90053-0233** | - | | | | **Business Debt** | | | | 4,356.00 |

Sheet no. __10__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,975.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx-x001-9** | | | | **2010** **Business Debt** | | | | |
| Creditor #: 39 City of Los Angeles Business Tax Attention: Christine Building OFFICE OF FINANCE 1828 Sawtelle Blvd., Suite 102 Los Angeles, CA 90025 | - | | | | | | | **10,141.00** |
| Account No. **xxx6748** | | | | **Business Debt** | | | | |
| Creditor #: 40 Coface Collections North America Post Office Box 8510 Metairie, LA 70011-8510 | - | | | | | | | **308.00** |
| Account No. **xxxx7755** | | | | **2011** **NSF Check** | | | | |
| Creditor #: 41 Complete Payment Recovery Services 11601 Roosevelt Boulevard Saint Petersburg, FL 33716 | - | | | | | | | **252.00** |
| Account No. **xx8968** | | | | **Representing:** **Complete Payment Recovery Services** | | | | **Notice Only** |
| Volkswagen Credit P.O. Box 7498 Libertyville, IL 60048 | | | | | | | | |
| Account No. **xxxx4847** | | | | **2011** **NSF Check for South Bay BMW Check No. 000126** | | | | |
| Creditor #: 42 Complete Payment Recovery Services 11601 Roosevelt Boulevard Saint Petersburg, FL 33716 | | | | | | | | **209.00** |

Sheet no. __11__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **10,910.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre**                                      ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1024** | | | **2011** | | | | |
| **Creditor #: 43**<br>**Complete Payment Recovery Services**<br>**11601 Roosevelt Boulevard**<br>**Saint Petersburg, FL 33716** | - | | **NSF Check for Clark Discount, Inc. Check No. 019157** | | | | 309.00 |
| Account No. **x-xxxx-xxx5996** | | | **2011** | | | | |
| **Creditor #: 44**<br>**Consolidated Disposal Service**<br>**PO Box 78010**<br>**Phoenix, AZ 85062-8010** | - | | **Business Debt** | | | | 639.00 |
| Account No. **1659** | | | **2011** | | | | |
| **Creditor #: 45**<br>**Continental Currency Services Inc**<br>**1108 East Seventeenth Street**<br>**Santa Ana, CA 92701** | - | | **Business Debt** | | | | 650.00 |
| Account No. **xx5854** | | | **2011** | | | | |
| **Creditor #: 46**<br>**COPART Auto Auctions**<br>**7519 Woodman Ave.**<br>**Van Nuys, CA 91405** | - | | **Business Debt** | | | | 7,365.00 |
| Account No. **2628** | | | **2012** | | | | |
| **Creditor #: 47**<br>**Credit Bureau Connection**<br>**7485 N. Palm Ave., Suite 106**<br>**Fresno, CA 93711** | - | | **Business Debt** | | | | 426.00 |

Sheet no. __**12**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,389.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx-xxx5673** | | | | | Business Debt | | | | |
| Creditor #: 48 **Credit Bureau Connection** **7485 N. Palm Ave., Suite 106** **Fresno, CA 93711** | - | | | | | | | | 476.00 |
| Account No. **xx xxxx x8380** | | | | | 2012 Business Debt | | | | |
| Creditor #: 49 **Credit Collection Services** **Two Wells Avenue** **Department 587** **Newton Center, MA 02459** | - | | | | | | | | 125.00 |
| Account No. **xxx5745** | | | | | Business Debt | | | | |
| Creditor #: 50 **Creditors Bureau of California** **757 L Street** **P.O. Box 942** **Fresno, CA 93714** | - | | | | | | | | 492.00 |
| Account No. | | | | | 2012 Potential claims | | | | |
| Creditor #: 51 **Cristina Zenteno** **1938 Cordova Street** **Los Angeles, CA 90018** | - | | | | | | | | Unknown |
| Account No. | | | | | Representing: | | | | |
| **Schools First Credit Union** **2200 West Artesia Blvd.,** **Compton, CA 90220** | | | | | **Cristina Zenteno** | | | | **Notice Only** |

Sheet no. __**13**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,093.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Pastor Latorre** _____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8482**<br>**Creditor #: 52**<br>**CST Co.**<br>**CST Bldg.**<br>**P.O. Box 33127**<br>**Louisville, KY 40232-3127** | - | | **2011**<br>**Business Debt** | | | | 387.00 |
| Account No. **xxxx6229**<br>**Creditor #: 53**<br>**Culligan**<br>**P. O. Box 5277**<br>**Carol Stream, IL 60197-5277** | - | | **2011**<br>**Business Debt** | | | | 145.00 |
| Account No.<br>**Creditor #: 54**<br>**Dario Rojas**<br>**12518 Dessemer Street**<br>**North Hollywood, CA 91606** | | | **2012**<br>**Potential claim** | | | | 10,000.00 |
| Account No.<br><br>**Gateway One Lending**<br>**Post Office Box 1013**<br>**Atwood, CA 92811** | | | **Representing:**<br>**Dario Rojas** | | | | Notice Only |
| Account No. **xx-xxx0977**<br>**Creditor #: 55**<br>**Data Consultants**<br>**3586 N. Hazel Ave.**<br>**Fresno, CA 93722-4912** | - | | **2012**<br>**Business Debt** | | | | 177.00 |

Sheet no. __14__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,709.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**_____,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6292**<br><br>**Creditor #: 56**<br>**Dealer Services Corporation**<br>**A Delaware Corporation**<br>**1320 City Center Drive, Suite 100**<br>**Carmel, IN 46032** | - | | **2012**<br>**Lawsuit** | | | | **94,513.00** |
| Account No. **xxxx6292**<br><br>**Matthew W. Quall**<br>**Lang, Richert & Patch**<br>**Post Office Box 40012**<br>**Fresno, CA 93755-0012** | | | **Representing:**<br>**Dealer Services Corporation** | | | | **Notice Only** |
| Account No. **xxxx6292**<br><br>**Superior Court of CA-Santa Monica**<br>**County of Los Angeles**<br>**Santa Monica Courthouse**<br>**1725 Main Street**<br>**Santa Monica, CA 90403** | | | **Representing:**<br>**Dealer Services Corporation** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 57**<br>**Deandre Smith**<br>**636 Chestnut, #212**<br>**Long Beach, CA 90802** | - | | **2012**<br>**Potential claims** | | | | **Unknown** |
| Account No.<br><br>**Chase Manhattan**<br>**Attn:  Bankruptcy Research Dept**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | | | **Representing:**<br>**Deandre Smith** | | | | **Notice Only** |

Sheet no. __15__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **94,513.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JPMorgan Chase Bank** Post Office Box 901098 Fort Worth, TX 76101-2098 | | | Representing: **Deandre Smith** | | | | **Notice Only** |
| Account No. **Creditor #: 58** Dipu Haque 7805 Veraqua Drive Playa Del Rey, CA 90293 | | - | 2008-2011 **Business Debt** | | | | **Unknown** |
| Account No. xxxxxxxx4035 **Creditor #: 59** Discover Financial Services Attn: Bankruptycy Dept Post Office Box 8003 Hilliard, OH 43026-8003 | | | 2001 **Credit Card** | | | | **4,582.00** |
| Account No. xxxxxxxxx3070 **Creditor #: 60** DMV Financial Responsability Area P.O. Box 942884, Mail Station J-237 Sacramento, CA 94290-0001 | | - | 2011 **Business Debt** | | | | **134.00** |
| Account No. x2381 **Creditor #: 61** DMV P.O. Box 942890 Sacramento, CA 94290-0001 | | - | 2011 **Business Debt** | | | | **1,083.00** |

Sheet no. __16__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,799.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                    ,    Case No. _____
                                            **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxA836**<br><br>**Creditor #: 62**<br>**DMV Registration Operations Divisio**<br>**Post Office Box 825341**<br>**Sacramento, CA 94232** | - | | **2011**<br>**Deficiency Balance on Automobile** | | | | 555.00 |
| Account No. **xxxxxxx2011**<br><br>**Creditor #: 63**<br>**DMV Registration Operations Divisio**<br>**Post Office Box 825341**<br>**Sacramento, CA 94232** | - | | **2011**<br>**Business Debt** | | | | 754.00 |
| Account No. **xxxxxE075**<br><br>**Creditor #: 64**<br>**DMV Registration Operations Divisio**<br>**Post Office Box 825341**<br>**Sacramento, CA 94232** | - | | **2011**<br>**Business Debt** | | | | 155.00 |
| Account No. **xxxx3739**<br><br>**Creditor #: 65**<br>**Dyanna St. John**<br>**c/o Gregory B. Byberg, CSB**<br>**8055 W. Manchester Avenue, Ste 300**<br>**Playa Del Rey, CA 90293** | - | | **2011**<br>**Business Debt- Judgment** | | | | 4,707.00 |
| Account No.<br><br>**Cheryl Gliksman, Trustee of the**<br>**Glickman Family Trust**<br>**3011 Greentree Ct.,**<br>**Los Angeles, CA 90077-2020** | | | **Representing:**<br>**Dyanna St. John** | | | | **Notice Only** |

| | |
|---|---|
| Sheet no. __17__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) |
| | **6,171.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Craig Wormley, Esq.**<br>**13101 Washington Blvd., Suite 241**<br>**Los Angeles, CA 90066** | | | **Representing:**<br>**Dyanna St. John** | | | | **Notice Only** |
| Account No. **xxxx3739**<br><br>**Superior Court of CA-Beverly Hills**<br>**County of Los Angeles**<br>**Beverly Hills Courthouse**<br>**9355 Burton Way**<br>**Beverly Hills, CA 90210** | | | **Representing:**<br>**Dyanna St. John** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 66**<br>**Erika Finily**<br>**855 University Drive**<br>**Riverside, CA 92507** | - | | **2012**<br>**Potenial claims** | | | | **Unknown** |
| Account No. **xxxxx1880**<br><br>**Creditor #: 67**<br>**Financial Partners Credit**<br>**1 Corporate Dr., Ste 360**<br>**Lake Zurich, IL 60047** | - | | **2012**<br>**Deficiency Balance on Mortgage** | | | | **Unknown** |
| Account No. **xxxx-xx-xxx529-9**<br><br>**Creditor #: 68**<br>**Fleet Services**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197-6293** | - | | **2011**<br>**Business Debt** | | | | **3,932.00** |

Sheet no. __**18**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,932.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. x4624<br><br>**Creditor #: 69**<br>**Fun Line Inc.**<br>**2165 S. Manchester Ave**<br>**Anaheim, CA 92802** | | - | | **2011**<br>**Business Debt** | | | | 114.00 |
| Account No.<br><br>**Creditor #: 70**<br>**George Beshay**<br>**10122 Palms Blvd.,**<br>**Los Angeles, CA 90034** | | - | | **2012**<br>**Potenial claims** | | | | 21,000.00 |
| Account No.<br><br>**Gateway One Lending**<br>**Post Office Box 1013**<br>**Atwood, CA 92811** | | | | **Representing:**<br>**George Beshay** | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-2423<br><br>**Creditor #: 71**<br>**GM Flexible Earnings Mastercard**<br>**HSBC Card Services**<br>**P.O. Box 49354**<br>**San Jose, CA 95161-9354** | | - | | **2011**<br>**Credit Card** | | | | 1,871.00 |
| Account No. xxx052-3<br><br>**Creditor #: 72**<br>**Goldberg & Oriel**<br>**1671 Worcester Road Ste 403**<br>**Framingham, MA 01701** | | - | | **Business Debt** | | | | 4,097.00 |

Sheet no. __19__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  27,082.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Wex Fleet Fueling** **1701 FALL HILL AVE** **Suite 300** **Fredericksburg, VA 22407** | | | | Representing: **Goldberg & Oriel** | | | | **Notice Only** |
| Account No. | | - | | 2012 **Potenial claim** | | | | |
| **Creditor #: 73** **Gregorio Arellano** **13515 Kaglz Canyon** **Pacoima, CA 91331** | | | | | | | | **6,690.00** |
| Account No. | | | | | | | | |
| **Westcom Credit Union** **5000 Van Nuys Blvd., Suite 100** **Sherman Oaks, CA 91403** | | | | Representing: **Gregorio Arellano** | | | | **Notice Only** |
| Account No. **xxAT01** | | - | | 2011 **Business Debt** | | | | |
| **Creditor #: 74** **Infiniti Financial Services** **P.O. Box 2870** **Torrance, CA 90509-2870** | | | | | | | | **176.00** |
| Account No. | | - | | 2012 **Potential claim** | | | | |
| **Creditor #: 75** **Jackie Kash** **14004 Palawan Way, Suite 209** **Marina Del Rey, CA 90292** | | | | | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __20__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **6,866.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**
_____ ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3829** <br> **Creditor #: 76** <br> **JAMS The Resolution Experts** <br> **Post Office Box 512850** <br> **Los Angeles, CA 90051-0850** | - | | | 2011 <br> Business Debt | | | | 400.00 |
| Account No. <br> **Creditor #: 77** <br> **Joaquin Edward Hilton** <br> **25 Windward Avenue** <br> **Venice, CA 90291** | - | | | 2012 <br> Potential claim | | | | 10,000.00 |
| Account No. <br> **Joaquin Edward Hilton** <br> **4029 Via Marina, #F205** <br> **Marina Del Rey, CA 90292** | | | | Representing: <br> Joaquin Edward Hilton | | | | Notice Only |
| Account No. <br> **Security Bank** <br> **110 East 7th Street** <br> **Odessa, TX 79761** | | | | Representing: <br> Joaquin Edward Hilton | | | | Notice Only |
| Account No. **xxxxxx6776** <br> **Creditor #: 78** <br> **Jose Medrano Anilson** <br> **4210 S Hoover Street** <br> **Los Angeles, CA 90037** | - | | | 2011 <br> Business Debt | | | | 23,098.00 |

Sheet no. __21__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,498.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre**                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Kohanim Chiropractic Inc 3540 Wilshire Blvd #501 Los Angeles, CA 90010** | | | | **Representing: Jose Medrano Anilson** | | | | **Notice Only** |
| Account No. **xx-xx6741** | | | | | | | | |
| **Law office of Steven M Sobo Attorney at Law 11845 Olympic Blvd., Suite 1035W Los Angeles, CA 90025** | | | | **Representing: Jose Medrano Anilson** | | | | **Notice Only** |
| Account No. **xxxxO002** | | | | | | | | |
| **RiteCare Orthopedic Supply 269 Beverly Dr. #380 Beverly Hills, CA 90211** | | | | **Representing: Jose Medrano Anilson** | | | | **Notice Only** |
| Account No. **xxxxxxx0764** | | | | | | | | |
| **RiteCare Orthopedic Supply 269 Beverly Dr. #380 Beverly Hills, CA 90211** | | | | **Representing: Jose Medrano Anilson** | | | | **Notice Only** |
| Account No. **xxxxxx6776** | | | | | | | | |
| **State of California Health and Human Services Agency Dept. of Health Svcs. Recovery Sect P.O. Box 2946 Sacramento, CA 95812-9851** | | | | **Representing: Jose Medrano Anilson** | | | | **Notice Only** |

Sheet no. __22__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 79** <br> **JPMorgan Chase Bank** <br> **Post Office Box 901098** <br> **Fort Worth, TX 76101-2098** | - | | **2012** <br> **Potential claims** | | | | 22,384.00 |
| Account No. <br> **Creditor #: 80** <br> **Klinedinst** <br> **Attorneys at Law** <br> **501 W. Broadway, Suite 600** <br> **San Diego, CA 92101** | - | | **2012** <br> **Judgment** | | | | **Unknown** |
| Account No. **xxx-xxx4-976** <br> **Creditor #: 81** <br> **Kohls Dept Store** <br> **N56 W 17000 Ridgewood DR** <br> **Menomonee Falls, WI 53051** | - | | **2012** <br> **Credit Card** | | | | 953.00 |
| Account No. **xxxx & 1438** <br> **Creditor #: 82** <br> **Law Offices of Mirhosseini & Assoc** <br> **1502 N. Broadway** <br> **Santa Ana, CA 92706** | - | | **2008** <br> **Business Debt** | | | | 26,000.00 |
| Account No. **xx-xx674-1** <br> **Creditor #: 83** <br> **Law Offices of Steven Sobo** <br> **11845 W. Olympic Blvd., Ste 1035W** <br> **Los Angeles, CA 90064** | - | | **2011** <br> **Business Debt** | | | | 32.00 |

Sheet no. __23__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **49,369.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xxxxx-xxxxx-xx-xxx0-8-01** <br><br> **Creditor #: 84** <br> **Los Angeles Dept of Water & Power** <br> **P.O. Box 30808** <br> **Los Angeles, CA 90030-0808** | - | | **2010** <br> **Utilities** | | | | **1,588.00** |
| Account No. **11-53** <br><br> **Creditor #: 85** <br> **Los Angeles Police Department** <br> **Alarm Section** <br> **100 West First Street, Suite 147** <br> **Los Angeles, CA 90012** | - | | **2011** <br> **Business Debt** | | | | **348.00** |
| Account No. **xxxxx5080** <br><br> **Creditor #: 86** <br> **Macy's Department Stores** <br> **Attn: Bankruptcy Dept.** <br> **6356 Corley Road** <br> **Norcross, GA 30071** | - | | **2006** <br> **Consumer Debt** | | | | **389.00** |
| Account No. **xxx0572** <br><br> **Creditor #: 87** <br> **Manheim Auctions** <br> **6446 Fremont** <br> **Riverside, CA 92504** | - | | **2011** <br> **Business Debt** | | | | **145.00** |
| Account No. <br><br> **Creditor #: 88** <br> **Mansher Ghuman** <br> **10380 Wilshire Blvd., Suite 302** <br> **Los Angeles, CA 90024** | - | | **2008-2011** <br> **Business Debt** | | | | **Unknown** |

Sheet no. __24__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,470.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 Potential claims | | | | |
| Creditor #: 89 Marcus Mitchell 13924 Ponay Way, #508 Marina Del Rey, CA 90292 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Schools First Credit Union 2200 West Artesia Blvd., Compton, CA 90220 | | | | Representing: Marcus Mitchell | | | | Notice Only |
| Account No. xxxxxx1509 | | | | 2011 NSF Check | | | | |
| Creditor #: 90 Merchant Services 217 N. San Joaquin Street Stockton, CA 95202-2408 | - | | | | | | | 35.00 |
| Account No. | | | | | | | | |
| Elavon Settlement/ Recovery ATTN: Recovery Dept. P.O. Box 86 Minneapolis, MN 55486 | | | | Representing: Merchant Services | | | | Notice Only |
| Account No. | | | | 2012 Potential claims | | | | |
| Creditor #: 91 Michael Courtney 3316 Pacific Avenue Marina Del Rey, CA 90292 | - | | | | | | | 18,149.00 |

Sheet no. __25__ of __41__ sheets attached to Schedule of          Subtotal               | 18,184.00 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                    ,          Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Navy Federal Credit Union** <br> **820 Follin Lanz** <br> **Vienna, VA 22180** | | | **Representing:** <br> **Michael Courtney** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx8901** <br> **Creditor #: 92** <br> **Navy Federal Credit Union** <br> **P.O. Box 3501** <br> **Merrifield, VA 22119-3501** | | - | **2011** <br> **NSF Check** | | | | **18,039.00** |
| Account No. **xx8EBZ** <br> **Creditor #: 93** <br> **NCO Financial Systems, Inc** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | **2011** <br> **Business Debt** | | | | **232.00** |
| Account No. **xxxx5727** <br> **Creditor #: 94** <br> **NCO Financial Systems, Inc** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | - | **Business Debt** | | | | **590.00** |
| Account No. <br><br> **City of Los Angeles** <br> **Department of Building and Safety** <br> **P.O. Box 514260** <br> **Los Angeles, CA 90051-4260** | | | **Representing:** <br> **NCO Financial Systems, Inc** | | | | **Notice Only** |

Sheet no.  __26__  of  __41__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **18,861.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2823** <br><br> **Creditor #: 95** <br> **Nowcom** <br> **4751 wilshire blvd. suite 115** <br> **Los Angeles, CA 90010** | - | | **2011** <br> **Business Debt** | | | | 77.00 |
| Account No. **xx0733** <br><br> **Creditor #: 96** <br> **O'Reilly Auto Parts** <br> **233 South Patterson Avenue** <br> **Springfield, MO 65802** | - | | **2011** <br> **Business Debt** | | | | 4,232.00 |
| Account No. **xxx0836** <br><br> **Creditor #: 97** <br> **Parker Stanbury** <br> **444 S. Flower St. 19th Floor** <br> **Los Angeles, CA 90071** | - | | **2011** <br> **NSF Check for Jackie Kash Check No. 1488** | | | | 18,525.00 |
| Account No. **xxxxxx7774** <br><br> **Creditor #: 98** <br> **Parking Violations Bureau** <br> **PO Box 30087** <br> **Los Angeles, CA 90030-0087** | - | | **2012** <br> **Business Debt** | | | | 161.00 |
| Account No. <br><br> **Creditor #: 99** <br> **Patrick H. Young, C.P.A., AAC** <br> **23236 Lyons Ave, Suite 202** <br> **Newhall, CA 91321-5007** | - | | **2011** <br> **Business Debt** | | | | 6,500.00 |

Sheet no. __27__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                29,495.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5691**<br><br>**Creditor #: 100**<br>**Personnel Concepts**<br>**3200 E Guasti Rd Ste 300**<br>**Ontario, CA 91761** | - | | 2011<br>**Business Debt** | | | | 164.00 |
| Account No. **xxxx6435**<br><br>**Creditor #: 101**<br>**Platinum Auto Group**<br>**3240 Washington Blvd.**<br>**Marina Del Rey, CA 90292** | - | | 2012<br>**Collection Account** | | | | 4,017.00 |
| Account No.<br><br>**Alliance One**<br>**6565 Kimball Drive, Suite 200**<br>**Gig Harbor, WA 98335** | | | Representing:<br>**Platinum Auto Group** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 102**<br>**Plum Enterprises**<br>**DBA Galaxy Automotive**<br>**David P. Beitchman**<br>**16130 Ventura Blvd.,**<br>**Encino, CA 91436** | - | | 2011<br>**Business Debt** | | | | **Unknown** |
| Account No. **xx3165**<br><br>**Creditor #: 103**<br>**Portable Storage Containers**<br>**P.O. Box 1435**<br>**Ventura, CA 93002** | - | | 2011<br>**Business Debt** | | | | 260.00 |

Sheet no. __28__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 4,441.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 104<br>**Creditor #: 104**<br>**Prestige Services, Inc.**<br>**21214 Schofield Dr.**<br>**Gretna, NE 68028** | - | | **Business Debt** | | | | **1,315.00** |
| Account No.<br>**EBiz Autos**<br>**5584 SOUTH PORT APACHE**<br>**Las Vegas, NV 89148** | | | **Representing:**<br>**Prestige Services, Inc.** | | | | **Notice Only** |
| Account No. **xx-1336**<br>**Willford Law Firm**<br>**575 Elm Avenue, Suite 18**<br>**Long Beach, CA 90802** | | | **Representing:**<br>**Prestige Services, Inc.** | | | | **Notice Only** |
| Account No. **xxx-xxx-xxx-xxxx2286**<br>**Creditor #: 105**<br>**Priority One Premium Finance Inc.**<br>**P.O. Box 66501**<br>**Saint Louis, MO 63166-6501** | - | | **2011**<br>**Business Debt** | | | | **2,871.00** |
| Account No. **xxxx6053**<br>**Creditor #: 106**<br>**PRO Consulting Services, Inc.**<br>**P.O. Box 66768**<br>**Houston, TX 77266-6768** | - | | **2011**<br>**Business Debt** | | | | **3,851.00** |

Sheet no. **29** of **41** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,037.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx5299** | | | | | | | | |
| **Wright Express Financial Srvc. Corp 3995 South 700 East, Suite 450 Salt Lake City, UT 84107** | | | | Representing: **PRO Consulting Services, Inc.** | | | | **Notice Only** |
| Account No. **x8110** | | | | **2011 Business Debt** | | | | |
| **Creditor #: 107 Protective P.O. Box 770 Deerfield, IL 60015** | | - | | | | | | **2,200.00** |
| Account No. **xxxxxx-xxxx-xxx(MLGx)** | | | | **2012 Judgment** | | | | |
| **Creditor #: 108 Ray Southcote Adam Rose, Esq. Law Office of Robert Starr 23277 Ventura Blvd. Woodland Hills, CA 91364** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Law Offices of Adam Rose 23277 Ventura Blvd. Woodland Hills, CA 91364** | | | | Representing: **Ray Southcote** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Santa Ana Court House 411 W. Fourth Street Case Number: SACV10-01889-JVS Santa Ana, CA 92701** | | | | Representing: **Ray Southcote** | | | | **Notice Only** |

Sheet no. __**30**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                                    ,    Case No. _____
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx3829<br><br>**Creditor #: 109**<br>**Richard & Cheryl Gliksman**<br>**3011 Greentree Court**<br>**Los Angeles, CA 90077-2020** | - | | **2008-2011**<br>**Business debt - Arbitration**<br>**3420 Washinton Blvd, LA, CA 90292** | | | | 62,824.00 |
| Account No.<br><br>**Farid Novian, Esq.**<br>**Novian & Novian, LLP**<br>**1801 Century Park East, Suite 1201**<br>**Los Angeles, CA 90067** | | | **Representing:**<br>**Richard & Cheryl Gliksman** | | | | Notice Only |
| Account No.<br><br>**JAMS Resolution Centers Nationwide**<br>**Post Office Box 512850**<br>**Los Angeles, CA 90051-0850** | | | **Representing:**<br>**Richard & Cheryl Gliksman** | | | | Notice Only |
| Account No.<br><br>**Richard I. Arshonsky, Esq.**<br>**Levinson Arshonski & Kurtz, LLP**<br>**15303 Venutra Blvd., Suite 1650**<br>**Sherman Oaks, CA 91403** | | | **Representing:**<br>**Richard & Cheryl Gliksman** | | | | Notice Only |
| Account No. xxxxxxx 9021<br><br>**Creditor #: 110**<br>**RiteCare Orthopedic Supply**<br>**269 Beverly Dr. #380**<br>**Beverly Hills, CA 90211** | - | | **2010**<br>**Business Debt** | | | | 1,808.00 |

Sheet no. __31__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,632.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre**                                    ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0 764** <br><br> **Creditor #: 111** <br> **RiteCare Orthopedic Supply** <br> **269 Beverly Dr. #380** <br> **Beverly Hills, CA 90211** | - | | **2011** <br> **Business Debt** | | | | **1,555.00** |
| Account No. <br><br> **Creditor #: 112** <br> **Russell Moscrip and Amy Moscrip** <br> **4250 Glucoe Avenue, Suite 1414** <br> **Marina Del Rey, CA 90292** | - | | **2011** <br> **Collection Account** | | | | **Unknown** |
| Account No. **xxxxxxxxx8455** <br><br> **Creditor #: 113** <br> **Schools FCU** <br> **PO Box 526001** <br> **Sacramento, CA 95852-6001** | - | | **2010** <br> **Deficiency Balance on Automobile** <br> **Judgment** | | | | **41,510.00** |
| Account No. **xxxx3543** <br><br> **Law Offices of Bruce P. Needleman** <br> **21700 Oxnard Street, Suite 1290** <br> **Woodland Hills, CA 91367** | | | **Representing:** <br> **Schools FCU** | | | | **Notice Only** |
| Account No. **xxxxx4543** <br><br> **Superior Court of CA-Chatsworth** <br> **County of Los Angeles** <br> **Case Number: PC953543** <br> **9425 Penfield Ave.** <br> **Chatsworth, CA 91311** | | | **Representing:** <br> **Schools FCU** | | | | **Notice Only** |

Sheet no. __32__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43,065.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Pastor Latorre**                                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **159**<br><br>**Creditor #: 114**<br>**South Gate Transmissions**<br>**3725 Firestone Blvd.**<br>**South Gate, CA 90280** | - | | 2011<br>NSF Check | | | | 2,210.00 |
| Account No. **xxxx6563**<br><br>**Creditor #: 115**<br>**Southwest Credit**<br>**5910 W. Plano Parkway**<br>**Plano, TX 75093-4638** | - | | 2011<br>Collection Account | | | | 2,378.00 |
| Account No. **xxxxx1675**<br><br>**AT&T**<br>**ATTN: Credit Management**<br>**901 Marquette Ave., Ste. 1100**<br>**Minneapolis, MN 55402** | | | Representing:<br>Southwest Credit | | | | Notice Only |
| Account No. **xxx-1551**<br><br>**Creditor #: 116**<br>**Specialized Dent Works**<br>**P.O. Box 1224**<br>**La Mirada, CA 90637** | - | | 2011<br>Business Debt | | | | 275.00 |
| Account No.<br><br>**Creditor #: 117**<br>**State Farm Fire & Casualty Company**<br>**C/O Crandall, Wade & Lowe**<br>**9483 Haven Avenue**<br>**Suite 102**<br>**Rancho Cucamonga, CA 91730** | - | | 2010<br>Surety Claim against Platinum Auto Group, Inc. | | | | Unknown |

Sheet no. __33__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,863.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                                    ,    Case No. _____

                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Crandall, Wade & Lowe** <br> **9483 Haven Avenue** <br> **Suite 102** <br> **Rancho Cucamonga, CA 91730** | | | | **Representing:** <br> **State Farm Fire & Casualty Company** | | | | **Notice Only** |
| Account No. **xxxxxx6776** <br><br> **Creditor #: 118** <br> **State of California** <br> **Health and Human Services Agency** <br> **Dept. of Health Svcs. Recovery Sect** <br> **P.O. Box 2946** <br> **Sacramento, CA 95812-9851** | | - | | **2011** <br> **Business Debt** | | | | **19,735.00** |
| Account No. **xx xx xxx-xx5788** <br><br> **Creditor #: 119** <br> **State Of California** <br> **State Board of Equalization** <br> **P.O. Box 942879 MIC: 65** <br> **Sacramento, CA 94279-0065** | | - | | **2011** <br> **Business Debt** | | | | **103,643.00** |
| Account No. <br><br> **Creditor #: 120** <br> **Susan Goy** <br> **364 Seville Way** <br> **Long Beach, CA 90814** | | - | | **2012** <br> **Potenial claims** | | | | **Unknown** |
| Account No. <br><br> **JPMorgan Chase Bank** <br> **Post Office Box 901098** <br> **Fort Worth, TX 76101-2098** | | | | **Representing:** <br> **Susan Goy** | | | | **Notice Only** |

Sheet no. __34__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **123,378.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                    ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx7256<br>**Creditor #: 121**<br>**The Home Depot**<br>**P. O. Box 182676**<br>**Columbus, OH 43128-2676** | - | | | **2010**<br>**Credit Card** | | | | **1,158.00** |
| Account No. x9663<br>**Creditor #: 122**<br>**The Monthly Mailer**<br>**73 16th Street**<br>**Hermosa Beach, CA 90254** | - | | | **2011**<br>**Business Debt** | | | | **1,500.00** |
| Account No. xxxxxxxxxxx5654<br>**Creditor #: 123**<br>**Time Warner Cable**<br>**18635 Soledad Canyon Rd., Suite 110**<br>**Santa Clarita, CA 91351-3723** | - | | | **2011**<br>**Business Debt** | | | | **215.00** |
| Account No. xxxxxxx7244<br>**North Shore Agency**<br>**P.O. Box 6307**<br>**Indianapolis, IN 46206** | | | | **Representing:**<br>**Time Warner Cable** | | | | **Notice Only** |
| Account No. xxxx2373<br>**Creditor #: 124**<br>**Top Finance Company, Inc, a CA Corp**<br>**c/o Dean Blake, JD**<br>**9121 Oakdale Avenue, Suite 105**<br>**Chatsworth, CA 91311** | - | | | **2012**<br>**Business Debt - Lawsuit** | | | | **65,494.00** |

Sheet no. __35__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,367.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Eddie Pastor Latorre**_____,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2373**<br><br>Dean M. Blake, Esq.<br>9121 Oakdale Ave., Suite 204<br>Chatsworth, CA 91311 | | | Representing:<br>**Top Finance Company, Inc, a CA Corp** | | | | **Notice Only** |
| Account No.<br><br>Superior Court of CA-Chatsworth<br>County of Los Angeles<br>Case Number: PC052373<br>9425 Penfield Ave.<br>Chatsworth, CA 91311 | | | Representing:<br>**Top Finance Company, Inc, a CA Corp** | | | | **Notice Only** |
| Account No. **xx-xxx1-035**<br><br>Creditor #: 125<br>Top Finance Company, Inc. and<br>Avda Auction, Inc.<br>c/o Crandall, Wade & Lowe<br>9483 Haven Avenue, Suite 102<br>Rancho Cucamonga, CA 91730 | - | | **2012**<br>**Business debt** | | | | **143,045.00** |
| Account No.<br><br>State Farm Fire and Casualty Co.,<br>One State Farm Plaza<br>Bloomington, IL 61710-0001 | | | Representing:<br>**Top Finance Company, Inc. and** | | | | **Notice Only** |
| Account No. **xxxx0446**<br><br>Creditor #: 126<br>Topaz Financail Services<br>c/o Jonathan Goldstein, Esq.<br>8141 East Kaiser Drive, Suite 210<br>Anaheim, CA 92808 | - | | **2011**<br>**Judgment** | | | | **18,535.00** |

Sheet no. __**36**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **161,580.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre**                                          ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jackie Kash**<br>**516 South Fuller Avenue**<br>**Los Angeles, CA 90036** | | | Representing:<br>**Topaz Financail Services** | | | | **Notice Only** |
| Account No. **xxxx0446**<br><br>**Superior Court of CA-Los Angeles**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | | | Representing:<br>**Topaz Financail Services** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 127**<br>**Topaz Services Financial Services**<br>**PO Box 1029-122**<br>**Van Nuys, CA 91408** | - | | **2012**<br>**Potential claims any liability from Reserves and Personal Guaranty** | | | | **Unknown** |
| Account No. **xxx-xx-xxxxxx67-NR**<br><br>**Creditor #: 128**<br>**Travelers Casualty & Surety**<br>**Company of America**<br>**c/o Law Offices of Hausman & Sosa**<br>**18757 Burbank Blvd., Suite 305**<br>**Tarzana, CA 91356-6329** | - | | **2012**<br>**Lawsuit Business Debt** | | | | **55,500.00** |
| Account No. **xxxx2139**<br><br>**Carlos E. Sosa, Esq.**<br>**Hausman & Sosa, LLP**<br>**18757 Burbank Blvd., Suite 305**<br>**Tarzana, CA 91356-6329** | | | Representing:<br>**Travelers Casualty & Surety** | | | | **Notice Only** |

Sheet no. __37__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **55,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**                                        ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dario Rojas** <br>**12518 Dessemer Street** <br>**North Hollywood, CA 91606** | | | **Representing:** <br>**Travelers Casualty & Surety** | | | | **Notice Only** |
| Account No. **Judgment** <br><br>**Jackie Kash** <br>**14004 Palawan Way, Suite 209** <br>**Marina Del Rey, CA 90292** | | | **Representing:** <br>**Travelers Casualty & Surety** | | | | **Notice Only** |
| Account No. <br><br>**Lewis Brisbois Bisgaad & Smith LLP** <br>**Attention: Amy L. Goldman, Esq.** <br>**Scott Lee, Esq.** <br>**221 North Figueroa Street, Ste 1200** <br>**Los Angeles, CA 90012-2601** | | | **Representing:** <br>**Travelers Casualty & Surety** | | | | **Notice Only** |
| Account No. **xxxx2139** <br><br>**Superior Court of CA-Chatsworth** <br>**County of Los Angeles** <br>**Chatsworth Courthouse** <br>**9425 Penfield Avenue** <br>**Chatsworth, CA 91311** | | | **Representing:** <br>**Travelers Casualty & Surety** | | | | **Notice Only** |
| Account No. <br><br>**Travelers Bond & Financial** <br>**Products Claim** <br>**Attention: Surety Claim** <br>**One Tower Square, S 102A** <br>**Hartford, CT 06183** | | | **Representing:** <br>**Travelers Casualty & Surety** | | | | **Notice Only** |

Sheet no. __38__ of __41__ sheets attached to Schedule of              Subtotal                **0.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Pastor Latorre**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xxxxxx67-NR** <br><br> **Travelers Casualty & Surety Co., Shannon Reilly, Claim Counsel Bond Financial Products Claim 770 Pennsylvania Dr., Ste 110 Exton, PA 19341** | | | | **Representing: Travelers Casualty & Surety** | | | | **Notice Only** |
| Account No. **xxxxx6035** <br><br> **Creditor #: 129 United Compucred Collections, Inc. 4190 Harrison Avenue P.O. Box 111100 Cincinnatti, OH 45211-1100** | | - | | **2011 NSF Check** | | | | **1,684.00** |
| Account No. **1316** <br><br> **O'Reilly Auto Parts 233 South Patterson Avenue Springfield, MO 65802** | | | | **Representing: United Compucred Collections, Inc.** | | | | **Notice Only** |
| Account No. **xxxxx9041** <br><br> **Creditor #: 130 United Compucred Collections, Inc. P.O. Box 111100 Cincinnatti, OH 45211-1100** | | - | | **2011 NSF Check** | | | | **1,586.00** |
| Account No. **1376** <br><br> **O'Reilly Auto Parts 233 South Patterson Avenue Springfield, MO 65802** | | | | **Representing: United Compucred Collections, Inc.** | | | | **Notice Only** |

Sheet no. __**39**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,270.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Pastor Latorre**                     ,      Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5451**<br>**Creditor #: 131**<br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** | - | | **2011**<br>**Business Debt** | | | | **310.00** |
| Account No. **xxxxxxxx5022**<br>**Creditor #: 132**<br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** | - | | **2012**<br>**Business Debt** | | | | **22.00** |
| Account No. **6376**<br>**Creditor #: 133**<br>**Wells Fargo Bank**<br>**Business Direct Division**<br>**MAC S4101-050**<br>**PO Box 29746**<br>**Phoenix, AZ 85038-9746** | - | | **2011**<br>**Business Debt** | | | | **576.00** |
| Account No. **xxxx-xxxx-xxxx-6487**<br>**Creditor #: 134**<br>**Wells Fargo Card Services**<br>**Post Office Box 30086**<br>**Los Angeles, CA 90030-0086** | - | | **2010**<br>**Credit Card** | | | | **10,438.00** |
| Account No.<br>**Greater California Financial Servic**<br>**P.O. Box 3470**<br>**Paso Robles, CA 93447** | | | **Representing:**<br>**Wells Fargo Card Services** | | | | **Notice Only** |

Sheet no. __**40**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
           (Total of this page)       **11,346.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Eddie Pastor Latorre_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx4832** | | | | **2011** | | | | |
| **Creditor #: 135** **Western General Insurance Comp** **5230 Las Virgenes Road** **Calabasas, CA 91302** | - | | | **Business Debt** | | | | |
| | | | | | | | | **11,778.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __41__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **11,778.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,568,680.00** |

B6G (Official Form 6G) (12/07)

.

In re    **Eddie Pastor Latorre**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Eddie Pastor Latorre**                                                    ,         Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Eddie Pastor Latorre** _____   Case No. _____
                                Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Son** | AGE(S):<br>**2**<br>**6**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Finance Manager** | **Service Rep** |
| Name of Employer | **Camacho Auto Sales** | **American Fruits and Flavors** |
| How long employed | **2 years** | **1 year** |
| Address of Employer | **412 Auto Vista Drive**<br>**Palmdale, CA 93551** | **10725 Sutter Avenue**<br>**Pacoima, CA 91331** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,116.67 | $ | 2,562.63 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| | | | | |
| 3. SUBTOTAL | $ | 3,116.67 | $ | 2,562.63 |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 249.52 | $ | 225.99 |
|     b. Insurance | $ | 0.00 | $ | 282.97 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 249.52 | $ | 508.96 |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,867.15 | $ | 2,053.67 |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,867.15 | $ | 2,053.67 |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,920.82 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtor's wife's income is based on July 2013-August 2013 to show a full 40 hour a week pay.  She did not receive any pay for 9/13-10/11.**

**Debtor's wife was employed at Camacho Auto and received her last pay in 07/2013.  Her pay from Camacho is included in the Means Test but not in Schedule I.**

B6J (Official Form 6J) (12/07)

In re  **Eddie Pastor Latorre** _____    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,300.00 |
| a. Are real estate taxes included? | Yes **X**    No ___ | |
| b. Is property insurance included? | Yes **X**    No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 500.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 60.00 |
| d. Other  **See Detailed Expense Attachment** | | $ 326.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 100.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 52.00 |
| d. Auto | | $ 240.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 450.00 |
| b. Other  **Child care** | | $ 650.00 |
| c. Other  **Second Car** | | $ 554.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ 380.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,    $  **8,732.00**
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 4,920.82 |
| b. | Average monthly expenses from Line 18 above | $ 8,732.00 |
| c. | Monthly net income (a. minus b.) | $ -3,811.18 |

**B6J (Official Form 6J) (12/07)**

In re   **Eddie Pastor Latorre** _____   Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Natural Gas** | $ | **200.00** |
| **Cable Television** | $ | **60.00** |
| **Internet** | $ | **66.00** |
| **Total Other Utility Expenditures** | $ | **326.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Contingency** | $ | **100.00** |
| **Personal care/grooming** | $ | **100.00** |
| **Pet care** | $ | **100.00** |
| **Children school lunches** | $ | **80.00** |
| **Total Other Expenditures** | $ | **380.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Eddie Pastor Latorre**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **58**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 30, 2013**

Signature    **/s/ Eddie Pastor Latorre**

**Eddie Pastor Latorre**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re    **Eddie Pastor Latorre**                         Case No.

                                 Debtor(s)        Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2011 Gross Income (approx)** |
| | **Taxes have not been prepared but there should be a loss** |
| $49,817.00 | **2012 Gross Income (approx.)** |
| | **Debtor's W-2 Gross only** |
| $72,919.00 | **2013 Gross Income (YTD)** |

B7 (Official Form 7) (04/13)
2

#### 2. Income other than from employment or operation of business

**None**
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |
|---|---|
| AMOUNT | SOURCE |

#### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Top Finance Company, Inc., a California Corporation v. Eddie Pastor LaTorre, an Individual** <br> **Civil case no.: PC052373** | **Complaint for Damages** | **Superior Court of CA-Chatsworth County of Los Angeles Chatsworth Courthouse 9425 Penfield Ave. Chatsworth, CA 91311** | **Judgment entered for Plaintffs** |
| **Dyanna St. John v. Eddie P LaTorre Acct#: 10C03739** | **Complaint for Money** | **Superior Court of CA-Beverly Hills** | **Judgment entered for Plaintffs** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Richard & Cheryl Gliksman v. Eddie P LaTorre Arbitration # 1220043829** | **Business debt - Arbitration** | **JAMS The Resolution Solution** | **Case pending** |
| **Travelers Casualty and Surety Company of America, a corporation v. Platinum Auto Group, Inc., etc., et al Civil case no.: PC052139** | **Complaint for Indemnity, Reimbursment, Interpleaser** | **Superior Court of CA-Chatsworth County of Los Angeles Chatsworth Courthouse 9425 Penfield Ave. Chatsworth, CA 91311** | **Default Judgment entered for Plaintiffs** |
| **Dealers Services Corporation, a Delaware Corporation v. Platinum Auto Group, Inc. a Platinum Motorsm and dba Platinum Motor Carsl Edward Pastor LaTorre, an individual; and Does 1 through 100, inclusive Civil case no.: SC116292** | **Complaint for Breach of Contract** | **Superior Court of CA-Santa Monica County of Los Angeles Santa Monica Courthouse 1725 Main Street Santa Monica, CA 90403** | **Pending.** |
| **Schools Federal Credit Union vs. Edward LaTorre; and Does 1 through 20, inclusive Case No.: PC053543** | **Complaint for Money** | **Superior Court of CA-Chatsworth County of Los Angeles Chatsworth Courthouse 9425 Penfield Ave. Chatsworth, CA 91311** | **Judgment** |
| **Apinun Pom Limkul v. Platinum Auto Group Civil case no.: SC112860** | **Complaint for Money** | **Superior Court of CA-Santa Monica County of Los Angeles Santa Monica Courthouse 1725 Main Street Santa Monica, CA 90403** | **Judgment entered for Plaintiff** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately |
| ■ | preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary |
| ■ | and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

| None | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or** |
| ■ | **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

| None | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation |
| ☐ | concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Price Law Group, APC** | | |
| **15760 Ventura Blvd. Suite #1100** | **2012** | **$3950 plus filing fee** |
| **Encino, CA 91436** | | |

### 10. Other transfers

| None | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, |
| ■ | transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

| None | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled |
| ■ | trust or similar device of which the debtor is a beneficiary. |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

5

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Michelle Perez (Current Spouse)**

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Platinum Motors, Inc.** | | **3240 Washington Blvd. Marina Del Rey, CA 90292** | **Car Dealership** | **2008-2011** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                            DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

## 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE              NATURE AND PERCENTAGE
                                                OF STOCK OWNERSHIP

B7 (Official Form 7) (04/13)

8

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**October 30, 2013**_____        Signature    __**/s/ Eddie Pastor Latorre**_____

                                                                **Eddie Pastor Latorre**

                                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

In re   **Eddie Pastor Latorre**

Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Alaska USA Federal Credit Union** | **Describe Property Securing Debt:**<br>**2007 Cadillac Escalade**<br>**Encumbered but not in Debtor's name.** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Residence:**<br>**10006 Melvin Avenue**<br>**Northridge, CA  91324**<br><br>**Fair market value is based on comparables in the area.**<br>**Payment Due:  1st**<br>**Payment Late:  16th** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ■ Other.  Explain  **Maintain Payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

---

| Property No. 3 |
|---|

| **Creditor's Name:**<br>**Financial Partners Credit Union** | **Describe Property Securing Debt:**<br>**Residence:**<br>**10006 Melvin Avenue**<br>**Northridge, CA 91324**<br><br>**Fair market value is based on comparables in the area.**<br>**Payment Due: 1st**<br>**Payment Late: 16th** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Debtor is currently not paying.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

---

| Property No. 4 |
|---|

| **Creditor's Name:**<br>**Financial Partners Credit Union** | **Describe Property Securing Debt:**<br>**Residence:**<br>**10006 Melvin Avenue**<br>**Northridge, CA 91324**<br><br>**Fair market value is based on comparables in the area.**<br>**Payment Due: 1st**<br>**Payment Late: 16th** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Debtor is currently not paying.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                    Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**GMAC- Auto Finance** | **Describe Property Securing Debt:**<br>**2011 Chevy Camaro**<br>**Encumbered.** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

B8 (Form 8) (12/08)                                                                                          Page 4


**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date __**October 30, 2013**__          Signature __**/s/ Eddie Pastor Latorre**__

                                        **Eddie Pastor Latorre**
                                        Debtor

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|-------|-----------|
| **Eddie Pastor Latorre** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................  $ _____ 3,950.00

   Prior to the filing of this statement I have received ..........................  $ _____ 3,950.00

   Balance Due ...........................................................................................  $ _____ 0.00

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **PLG may retain the service of local counsel to represent debtor at the 341(a) Meeting of Creditors at a cost of $100-$250.  This will result in no additional cost to debtor.**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**        **1998 USBC, Central District of California**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 30, 2013** | **/s/ Rabin J. Pournazarian** |
| *Date* | **Rabin J. Pournazarian 186735** |
| | *Signature of Attorney* |
| | **Price Law Group, APC** |
| | *Name of Law Firm* |
| | **15760 Ventura Blvd.** |
| | **Suite 1100** |
| | **Encino, CA 91436** |
| | **818-995-4540  Fax: 818-995-9277** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Rabin J. Pournazarian**<br>**15760 Ventura Blvd.**<br>**Suite 1100**<br>**Encino, CA 91436**<br>**818-995-4540 Fax: 818-995-9277**<br>**186735**<br><br><br><br>*Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Eddie Pastor Latorre** | CASE NO:<br><br>CHAPTER:  **7** |
|---|---|
| | **DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1** |
| Debtor(s). | [No Hearing Required] |

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)*  **2012** , I agreed with the Debtor that for a fee of $ **3,950.00** , I would provide the following services only:

    a.  ■  Prepare and file the Petition and Schedules

    b.  ■  Represent the Debtor at the 341(a) Meeting

    c.  ☐  Represent the Debtor in any relief from stay motions

    d.  ☐  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e.  ☐  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f.  ☐  Other *(specify)*:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

3.       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.


Date:    **October 30, 2013**                                    **Price Law Group, APC**
                                                                  Printed name of law firm

I HEREBY APPROVE THE ABOVE:

**/s/ Eddie Pastor Latorre**                                      **/s/ Rabin J. Pournazarian**
Signature of Debtor                                               Signature of attorney

                                                                  **Rabin J. Pournazarian 186735**
                                                                  Printed name of attorney

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15760 Ventura Blvd.**
**Suite 1100**
**Encino, CA 91436**

A true and correct copy of the foregoing document entitled (*specify*):     **DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each <u>person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 30, 2013 | Rabin J. Pournazarian 186735 | /s/ Rabin J. Pournazarian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2012*                                             Page 3                            **F 2090-1.1.DEC.LTD.SCOPE**

B22A (Official Form 22A) (Chapter 7) (04/13)

| In re | **Eddie Pastor Latorre** | | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|---|---|---|
| | Debtor(s) | | ☐ **The presumption arises.** |
| Case Number: | | | ■ **The presumption does not arise.** |
| | (If known) | | ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**. <br><br> ☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>           a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>                 ☐ I remain on active duty /or/ <br>                 ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>                 OR <br><br>           b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>                 ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                          2

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ■ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 3,116.67 | $ 2,562.63 |

| | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|
| 4 | <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 4,585.16</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td><td>$ 600.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ 3,985.16 |

| | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|
| 5 | <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ 0.00 |

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |

| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
|---|---|---|---|

| | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
|---|---|---|---|
| 9 | <table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ 0.00</td><td>Spouse $ 0.00</td></tr></table> | $ 0.00 | $ 0.00 |

| | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| 10 | <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td></td><td>$</td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td><td>$</td></tr></table> | | |
| | Total and enter on Line 10 | $ 0.00 | $ 0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 3,116.67 | $ 6,547.79 |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)                                          3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ **9,664.46** |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | | $ **115,973.52** |
|----|----|----|----|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:  **CA**   b. Enter debtor's household size:  **5** | | $ **83,756.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V or VI. <br> ■ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | $ **9,664.46** |
|----|----|----|----|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <table><tr><td>a.</td><td></td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td></tr><tr><td>c.</td><td></td><td>$</td></tr><tr><td>d.</td><td></td><td>$</td></tr></table> Total and enter on Line 17 | | $ **0.00** |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | | $ **9,664.46** |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | $ **1,746.00** |
|----|----|----|----|

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|----|----|----|----|----|----|
| a1. | Allowance per person | 60 | a2. | Allowance per person | 144 |
| b1. | Number of persons | 5 | b2. | Number of persons | 0 |
| c1. | Subtotal | 300.00 | c2. | Subtotal | 0.00 |

with Line 19B total $ **300.00**

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | $ **614.00** |
|----|----|----|----|

B22A (Official Form 22A) (Chapter 7) (04/13)      4

| | | | | |
|---|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | | |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 2,569.00 |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ 4,366.00 |
| c. | Net mortgage/rental expense | Subtract Line b from Line a.     $    0.00 |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $    0.00 |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ■ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $    590.00 |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $    0.00 |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ■ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ 517.00 |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ 450.00 |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a.     $    67.00 |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ 517.00 |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ 554.00 |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a.     $    0.00 |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $    475.51 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                5

| | | | |
|---|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | **0.00** |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | **0.00** |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | **0.00** |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | **0.00** |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | **650.00** |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | **0.00** |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | **66.00** |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | **4,508.51** |

<table>
<tr><td colspan="4" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
</table>

| | | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |

| | | | | |
|---|---|---|---|---|
| | a. | Health Insurance | $ | **334.97** |
| | b. | Disability Insurance | $ | **0.00** |
| | c. | Health Savings Account | $ | **0.00** |

Total and enter on Line 34.

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$_____

| | | |
|---|---|---|
| (Line 34 total) | $ | **334.97** |

| | | | |
|---|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | **0.00** |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | **0.00** |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **0.00** |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | **0.00** |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                                6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **61.00** |

| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | **20.00** |

| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | **415.97** |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

|   | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | **Alaska USA Federal Credit Union** | **2007 Cadillac Escalade Encumbered but not in Debtor's name.** | $ **554.00** | ■yes □no |
| b. | **Bank of America** | **Residence: 10006 Melvin Avenue Northridge, CA  91324** **Fair market value is based on comparables in the area. Payment Due:  1st Payment Late:  16th** | $ **3,300.00** | ■yes □no |
| c. | **Financial Partners Credit Union** | **Residence: 10006 Melvin Avenue Northridge, CA  91324** **Fair market value is based on comparables in the area. Payment Due:  1st Payment Late:  16th** | $ **343.00** | ■yes □no |
| d. | **Financial Partners Credit Union** | **Residence: 10006 Melvin Avenue Northridge, CA  91324** **Fair market value is based on comparables in the area. Payment Due:  1st Payment Late:  16th** | $ **723.00** | ■yes □no |
| e. | **GMAC- Auto Finance** | **2011 Chevy Camaro Encumbered.** | $ **450.00** | ■yes □no |
|   |   |   | Total: Add Lines | $ **5,370.00** |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

|   | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | **-NONE-** |   | $ |
|   |   | Total: Add Lines | $ **0.00** |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                          7

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | | $ | 1,727.38 |
|---|---|---|---|---|

<table>
<tr><td rowspan="5">45</td><td colspan="3"><b>Chapter 13 administrative expenses.</b> If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense.</td><td></td><td></td></tr>
<tr><td>a.</td><td>Projected average monthly chapter 13 plan payment.</td><td>$      110.00</td><td></td><td></td></tr>
<tr><td>b.</td><td>Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)</td><td>x      11.00</td><td></td><td></td></tr>
<tr><td>c.</td><td>Average monthly administrative expense of chapter 13 case</td><td>Total: Multiply Lines a and b</td><td>$</td><td>12.10</td></tr>
</table>

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ | 7,109.48 |
|---|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | 12,033.96 |
|---|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | 9,664.46 |
|---|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | 12,033.96 |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | -2,369.50 |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | -142,170.00 |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $7,475\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). | | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ | |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | | |

### Part VII. ADDITIONAL EXPENSE CLAIMS

<table>
<tr><td rowspan="7">56</td><td colspan="2"><b>Other Expenses.</b> List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.</td></tr>
<tr><td>Expense Description</td><td>Monthly Amount</td></tr>
<tr><td>a.</td><td>$</td></tr>
<tr><td>b.</td><td>$</td></tr>
<tr><td>c.</td><td>$</td></tr>
<tr><td>d.</td><td>$</td></tr>
<tr><td align="center">Total: Add Lines a, b, c, and d</td><td>$</td></tr>
</table>

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                              **8**

| | Part VIII. VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:   **October 30, 2013**                        Signature:   **/s/ Eddie Pastor Latorre**<br>                                                                                         **Eddie Pastor Latorre**<br>                                                                                                        *(Debtor)* |

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Rabin J. Pournazarian 186735**

Address      **15760 Ventura Blvd. Suite 1100 Encino, CA 91436**

Telephone      **818-995-4540 Fax: 818-995-9277**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Eddie Pastor Latorre** | Case No.: |
| | Chapter:      **7** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**22**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **October 30, 2013**                    **/s/ Eddie Pastor Latorre**
                                                **Eddie Pastor Latorre**
                                                Signature of Debtor

Date:   **October 30, 2013**                    **/s/ Rabin J. Pournazarian**
                                                Signature of Attorney
                                                **Rabin J. Pournazarian 186735**
                                                **Price Law Group, APC**
                                                **15760 Ventura Blvd.**
                                                **Suite 1100**
                                                **Encino, CA 91436**
                                                **818-995-4540   Fax: 818-995-9277**

Eddie Pastor Latorre
10006 Melvin Ave.
Northridge, CA 91324


Rabin J. Pournazarian
Price Law Group, APC
15760 Ventura Blvd.
Suite 1100
Encino, CA 91436


A&G Custom Sound & Auto
5747 Whittier Blvd
Los Angeles, CA 90022


ADT
P.O. Box 361403
Columbus, OH 43236


Ali R. Mirhosseini, Esq.
Mirohosseini & Associates
1502 N. Broadway
Santa Ana, CA 92706


Alicia Samuelson
5226 Medina Road
Woodland Hills, CA 91364


All Valley Dealer Auto Auction, Inc
7331 Laurel Canyon Blvd.
North Hollywood, CA 91605


Alliance One
1160 Centre Pointe Drive, Suite 1
Saint Paul, MN 55120

Alliance One
6565 Kimball Drive, Suite 200
Gig Harbor, WA 98335


Alpine Auto Parts, Inc.
11250 Tuxford Street
Sun Valley, CA 91352


American Express
Attn: Bankruptcy Department
16 General Warren Boulevard
Malvern, PA 19355


Antonio Cazarez
3609 South Garnsey Street
Santa Ana, CA 92707


Apinum Pom Limkul
C/O Stephen M. Feldman
15915 Ventura Blvd, Suite 201
Encino, CA 91436


AT&T
ATTN: Credit Management
901 Marquette Ave., Ste. 1100
Minneapolis, MN 55402


Bank of America
Bankruptcy Department
Post Office Box 2278
Norfolk, VA 23501


Bank of America
Legal Department
1100 N. King Street
Wilmington, DE 19884

Bureau of Automotive Repair
10949 NOrth Mather Blvd.
Rancho Cordova, CA 95670


Caine & Weiner
Post Office Box 5010
Woodland Hills, CA 91365


California State Fire Protection
7833 Naylor Avenue
Los Angeles, CA 90045


Capital One
Post Office Box 85167
Richmond, VA 23285-5167


CarFax, Inc.
16630 Collection Center Drive
Chicago, IL 60693


Carlos E. Sosa, Esq.
Hausman & Sosa, LLP
18757 Burbank Blvd., Suite 305
Tarzana, CA 91356-6329


Carsforsale.com, Inc.
P.O. Box 242
Tea, SD 57064


Cbeyond
FILE 50326
Los Angeles, CA 90074

Chase Bank USA, National Assoc.
500 White Clay Center Dr.
Newark, DE 19711-5469


Chase Manhattan
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219


Cheryl Gliksman, Trustee of the
Glickman Family Trust
3011 Greentree Ct.,
Los Angeles, CA 90077-2020


Christian Hernandez, Title Admin.
CIG Financial
Post Office Office 19795
Irvine, CA 92623


Cintas Corp #426
711 Hawaii Street
El Segundo, CA 90245


Citibank N.A.
Attn: Bankruptcy Dept
P.O. Box 20487
Kansas City, MO 64153


City of Los Angeles
Department of Building and Safety
P.O. Box 514260
Los Angeles, CA 90051-4260


City of Los Angeles
Office of Finance
200 N. Spring St. Room 101
Los Angeles, CA 90012

```
City of Los Angeles
Office of Finance
P.O. Box 53233
Los Angeles, CA 90053-0233


City of Los Angeles Business Tax
Attention: Christine Building
OFFICE OF FINANCE
1828 Sawtelle Blvd., Suite 102
Los Angeles, CA 90025


Coface Collections North America
Post Office Box 8510
Metairie, LA 70011-8510


Complete Payment Recovery Services
11601 Roosevelt Boulevard
Saint Petersburg, FL 33716


Consolidated Disposal Service
PO Box 78010
Phoenix, AZ 85062-8010


Continental Currency Services Inc
1108 East Seventeenth Street
Santa Ana, CA 92701


COPART Auto Auctions
7519 Woodman Ave.
Van Nuys, CA 91405


Craig Wormley, Esq.
13101 Washington Blvd., Suite 241
Los Angeles, CA 90066
```

Crandall, Wade & Lowe
9483 Haven Avenue
Suite 102
Rancho Cucamonga, CA 91730


Credit Bureau Connection
7485 N. Palm Ave., Suite 106
Fresno, CA 93711


Credit Collection Services
Two Wells Avenue
Department 587
Newton Center, MA 02459


Creditors Bureau of California
757 L Street
P.O. Box 942
Fresno, CA 93714


Cristina Zenteno
1938 Cordova Street
Los Angeles, CA 90018


CST Co.
CST Bldg.
P.O. Box 33127
Louisville, KY 40232-3127


Culligan
P. O. Box 5277
Carol Stream, IL 60197-5277


Dario Rojas
12518 Dessemer Street
North Hollywood, CA 91606

Data Consultants
3586 N. Hazel Ave.
Fresno, CA 93722-4912


Dealer Services Corporation
A Delaware Corporation
1320 City Center Drive, Suite 100
Carmel, IN 46032


Dean M. Blake, Esq.
9121 Oakdale Ave., Suite 204
Chatsworth, CA 91311


Deandre Smith
636 Chestnut, #212
Long Beach, CA 90802


Dipu Haque
7805 Veraqua Drive
Playa Del Rey, CA 90293


Discover Financial Services
Attn: Bankruptcy Dept
Post Office Box 8003
Hilliard, OH 43026-8003


DMV
Financial Responsability Area
P.O. Box 942884, Mail Station J-237
Sacramento, CA 94290-0001


DMV
P.O. Box 942890
Sacramento, CA 94290-0001

DMV Registration Operations Divisio
Post Office Box 825341
Sacramento, CA 94232


Dyanna St. John
c/o Gregory B. Byberg, CSB
8055 W. Manchester Avenue, Ste 300
Playa Del Rey, CA 90293


EBiz Autos
5584 SOUTH PORT APACHE
Las Vegas, NV 89148


Elavon Settlement/ Recovery
ATTN: Recovery Dept.
P.O. Box 86
Minneapolis, MN 55486


Erika Finily
855 University Drive
Riverside, CA 92507


Euler Hermes, UMA
600 S. 7th Street
Louisville, KY 40203


Farid Novian, Esq.
Novian & Novian, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067


Financial Partners Credit
1 Corporate Dr., Ste 360
Lake Zurich, IL 60047

Financial Partners Credit Union
Item Processing Department
Post Office Box 66020
Anaheim, CA 92816-6020


Fleet Services
P.O. Box 6293
Carol Stream, IL 60197-6293


Fun Line Inc.
2165 S. Manchester Ave
Anaheim, CA 92802


Gateway One Lending
Post Office Box 1013
Atwood, CA 92811


George Beshay
10122 Palms Blvd.,
Los Angeles, CA 90034


GM Flexible Earnings Mastercard
HSBC Card Services
P.O. Box 49354
San Jose, CA 95161-9354


Goldberg & Oriel
1671 Worcester Road Ste 403
Framingham, MA 01701


Greater California Financial Servic
P.O. Box 3470
Paso Robles, CA 93447

Gregorio Arellano
13515 Kaglz Canyon
Pacoima, CA 91331


Honda Motor Credit
2080 Cabot Boulevard West
Langhorne, PA 19047


Infiniti Financial Services
P.O. Box 2870
Torrance, CA 90509-2870


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jackie Kash
14004 Palawan Way, Suite 209
Marina Del Rey, CA 90292


Jackie Kash
516 South Fuller Avenue
Los Angeles, CA 90036


JAMS Resolution Centers Nationwide
Post Office Box 512850
Los Angeles, CA 90051-0850


JAMS The Resolution Experts
Post Office Box 512850
Los Angeles, CA 90051-0850

Joaquin Edward Hilton
25 Windward Avenue
Venice, CA 90291


Joaquin Edward Hilton
4029 Via Marina, #F205
Marina Del Rey, CA 90292


Jose Medrano Anilson
4210 S Hoover Street
Los Angeles, CA 90037


JPMorgan Chase Bank
Post Office Box 901098
Fort Worth, TX 76101-2098


Klinedinst
Attorneys at Law
501 W. Broadway, Suite 600
San Diego, CA 92101


Kohanim Chiropractic Inc
3540 Wilshire Blvd #501
Los Angeles, CA 90010


Kohls Dept Store
N56 W 17000 Ridgewood DR
Menomonee Falls, WI 53051


Law office of Steven M Sobo
Attorney at Law
11845 Olympic Blvd., Suite 1035W
Los Angeles, CA 90025

Law Offices of Adam Rose
23277 Ventura Blvd.
Woodland Hills, CA 91364


Law Offices of Bruce P. Needleman
21700 Oxnard Street, Suite 1290
Woodland Hills, CA 91367


Law Offices of Mirhosseini & Assoc
1502 N. Broadway
Santa Ana, CA 92706


Law Offices of Steven Sobo
11845 W. Olympic Blvd., Ste 1035W
Los Angeles, CA 90064


Lewis Brisbois Bisgaad & Smith LLP
Attention: PC052139
221 North Figueroa Street, Ste 1200
Los Angeles, CA 90012-2601


Lewis Brisbois Bisgaad & Smith LLP
Attention: Amy L. Goldman, Esq.
Scott Lee, Esq.
221 North Figueroa Street, Ste 1200
Los Angeles, CA 90012-2601


Los Angeles County Recorder
P.O. Box 115
Los Angeles, CA 90078


Los Angeles Dept of Water & Power
P.O. Box 30808
Los Angeles, CA 90030-0808

Los Angeles Police Department
Alarm Section
100 West First Street, Suite 147
Los Angeles, CA 90012


Los Angeles Police Dept.
PO Box 30879
Los Angeles, CA 90030


Luxury Cars, Inc.
C/O Ali Mirhosseini, Esq.
1502 North Broadway
Santa Ana, CA 92706


Macy's Department Stores
Attn: Bankruptcy Dept.
6356 Corley Road
Norcross, GA 30071


Manheim Auctions
6446 Fremont
Riverside, CA 92504


Mansher Ghuman
10380 Wilshire Blvd., Suite 302
Los Angeles, CA 90024


Marcus Mitchell
13924 Ponay Way, #508
Marina Del Rey, CA 90292


Matthew W. Quall
Lang, Richert & Patch
Post Office Box 40012
Fresno, CA 93755-0012

McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


Merchant Services
217 N. San Joaquin Street
Stockton, CA 95202-2408


Michael Courtney
3316 Pacific Avenue
Marina Del Rey, CA 90292


Navy Federal Credit Union
P.O. Box 3501
Merrifield, VA 22119-3501


Navy Federal Credit Union
820 Follin Lanz
Vienna, VA 22180


NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044


North Shore Agency
P.O. Box 6307
Indianapolis, IN 46206


Nowcom
4751 wilshire blvd. suite 115
Los Angeles, CA 90010

O'Reilly Auto Parts
233 South Patterson Avenue
Springfield, MO 65802


Office of Finance
Special Desk Unit
200 North Spring Street, Room 101
Los Angeles, CA 90012


Office of Financial Business Tax
9483 Haven St. #102
Rancho Cucamonga, CA 91730


Parker Stanbury
444 S. Flower St. 19th Floor
Los Angeles, CA 90071


Parking Violations Bureau
PO Box 30087
Los Angeles, CA 90030-0087


Patrick H. Young, C.P.A., AAC
23236 Lyons Ave, Suite 202
Newhall, CA 91321-5007


Personnel Concepts
3200 E Guasti Rd Ste 300
Ontario, CA 91761


Platinum Auto Group
3240 Washington Blvd.
Marina Del Rey, CA 90292

Plum Enterprises
DBA Galaxy Automotive
David P. Beitchman
16130 Ventura Blvd.,
Encino, CA 91436


Portable Storage Containers
P.O. Box 1435
Ventura, CA 93002


Prestige Services, Inc.
21214 Schofield Dr.
Gretna, NE 68028


Priority One Premium Finance Inc.
P.O. Box 66501
Saint Louis, MO 63166-6501


PRO Consulting Services, Inc.
P.O. Box 66768
Houston, TX 77266-6768


Protective
P.O. Box 770
Deerfield, IL 60015


Ray Southcote
Adam Rose, Esq.
Law Office of Robert Starr
23277 Ventura Blvd.
Woodland Hills, CA 91364


Richard & Cheryl Gliksman
3011 Greentree Court
Los Angeles, CA 90077-2020

Richard I. Arshonsky, Esq.
Levinson Arshonski & Kurtz, LLP
15303 Venutra Blvd., Suite 1650
Sherman Oaks, CA 91403


RiteCare Orthopedic Supply
269 Beverly Dr. #380
Beverly Hills, CA 90211


Russell Moscrip and Amy Moscrip
4250 Glucoe Avenue, Suite 1414
Marina Del Rey, CA 90292


Santa Ana Court House
411 W. Fourth Street
Case Number: SACV10-01889-JVS
Santa Ana, CA 92701


Schools FCU
PO Box 526001
Sacramento, CA 95852-6001


Schools First Credit Union
2200 West Artesia Blvd.,
Compton, CA 90220


Security Bank
110 East 7th Street
Odessa, TX 79761


Sheriff's Department
Los Angeles County
42011-4th Street West, Rm 1570
Lancaster, CA 93534

SKO Brenner American
841 Merrick Rd
Baldwin, NY 11510


South Gate Transmissions
3725 Firestone Blvd.
South Gate, CA 90280


Southwest Credit
5910 W. Plano Parkway
Plano, TX 75093-4638


Specialized Dent Works
P.O. Box 1224
La Mirada, CA 90637


State Board of Equalization
PO Box 942899
Sacramento, CA 94279


State Farm Fire & Casualty Company
C/O Crandall, Wade & Lowe
9483 Haven Avenue
Suite 102
Rancho Cucamonga, CA 91730


State Farm Fire and Casualty Co.,
One State Farm Plaza
Bloomington, IL 61710-0001


State of California
Health and Human Services Agency
Dept. of Health Svcs. Recovery Sect
P.O. Box 2946
Sacramento, CA 95812-9851

```
State Of California
State Board of Equalization
P.O. Box 942879 MIC: 65
Sacramento, CA 94279-0065


Stephen M. Feldman, Esq.
15915 Ventura Blvd, Suite 201
Encino, CA 91436


Superior Court of CA-Beverly Hills
County of Los Angeles
Beverly Hills Courthouse
9355 Burton Way
Beverly Hills, CA 90210


Superior Court of CA-Chatsworth
County of Los Angeles
Case Number: PC953543
9425 Penfield Ave.
Chatsworth, CA 91311


Superior Court of CA-Chatsworth
County of Los Angeles
Chatsworth Courthouse
9425 Penfield Avenue
Chatsworth, CA 91311


Superior Court of CA-Chatsworth
County of Los Angeles
Case Number: PC052373
9425 Penfield Ave.
Chatsworth, CA 91311


Superior Court of CA-Chatsworth
County of Los Angeles
Case Number: PC 052139
9425 Penfield Ave.
Chatsworth, CA 91311


Superior Court of CA-Los Angeles
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill St.
Los Angeles, CA 90012
```

```
Superior Court of CA-Santa Monica
County of Los Angeles
Santa Monica Courthouse
1725 Main Street
Santa Monica, CA 90403


Superior Court of CA-Santa Monica
County of Los Angeles
Case Number: SC112860
1725 Main Street
Santa Monica, CA 90403


Susan Goy
364 Seville Way
Long Beach, CA 90814


The Home Depot
P. O. Box 182676
Columbus, OH 43128-2676


The Monthly Mailer
73 16th Street
Hermosa Beach, CA 90254


Time Warner Cable
18635 Soledad Canyon Rd., Suite 110
Santa Clarita, CA 91351-3723


Top Finance Company, Inc, a CA Corp
c/o Dean Blake, JD
9121 Oakdale Avenue, Suite 105
Chatsworth, CA 91311


Top Finance Company, Inc. and
Avda Auction, Inc.
c/o Crandall, Wade & Lowe
9483 Haven Avenue, Suite 102
Rancho Cucamonga, CA 91730
```

Topaz Financail Services
c/o Jonathan Goldstein, Esq.
8141 East Kaiser Drive, Suite 210
Anaheim, CA 92808


Topaz Services Financial Services
PO Box 1029-122
Van Nuys, CA 91408


Travelers Bond & Financial
Products Claim
Attention: Surety Claim
One Tower Square, S 102A
Hartford, CT 06183


Travelers Casualty & Surety
Company of America
c/o Law Offices of Hausman & Sosa
18757 Burbank Blvd., Suite 305
Tarzana, CA 91356-6329


Travelers Casualty & Surety Co.,
Shannon Reilly, Claim Counsel
Bond Financial Products Claim
770 Pennsylvania Dr., Ste 110
Exton, PA 19341


United Compucred Collections, Inc.
4190 Harrison Avenue
P.O. Box 111100
Cincinnatti, OH 45211-1100


United Compucred Collections, Inc.
P.O. Box 111100
Cincinnati, OH 45211-1100


UPS
PO Box 894820
Los Angeles, CA 90189-4820

Volkswagen Credit
P.O. Box 7498
Libertyville, IL 60048


Wells Fargo Bank
Business Direct Division
MAC S4101-050
PO Box 29746
Phoenix, AZ 85038-9746


Wells Fargo Card Services
Post Office Box 30086
Los Angeles, CA 90030-0086


Westcom Credit Union
5000 Van Nuys Blvd., Suite 100
Sherman Oaks, CA 91403


Western General Insurance Comp
5230 Las Virgenes Road
Calabasas, CA 91302


Wex Fleet Fueling
1701 FALL HILL AVE
Suite 300
Fredericksburg, VA 22407


Willford Law Firm
575 Elm Avenue, Suite 18
Long Beach, CA 90802


Wright Express Financial Srvc. Corp
3995 South 700 East, Suite 450
Salt Lake City, UT 84107